IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Heather Rene Guffin,<br><br>　　　　　　Defendant. | No. CR-14-0293-PHX-DKD<br><br><br><br>**ORDER** |

   Upon review of Defendant's Motion to Extend Time to File Motion to Dismiss (Doc. 18), there being no objection from the government, and good cause appearing,

   **IT IS HEREBY ORDERED** granting the motion and extending the deadline for filing of Defendant's Motion to Dismiss to March 11, 2014.

   It is expected that excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

   The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

   Dated this 7th day of March, 2014.

_____
David K. Duncan
United States Magistrate Judge